# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

February 19, 2021

Before

FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 21-8003 | IN RE: MICHAEL S. RASMUS and CARRIER ACCOMODATIONS, LLC, Petitioners |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:20-cv-00680-wmc & 3:20-cv-00799-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

The following are before the Court:

1.  **JOINT PETITION FOR PERMISSION TO APPEAL UNDER 28 U.S.C. 1292(B)**, filed on January 8, 2021, by counsel for the petitioners.

2.  **PLAINTIFF-RESPONDENT'S RESPONSE IN OPPOSITION TO JOINT PETITION FOR PERMISSION TO APPEAL UNDER 28 U.S.C. SECTION 1292(B)**, filed on January 27, 2021, by counsel for the respondent.

3.  **PLAINTIFF-RESPONDENT'S NOTICE**, filed on February 5, 2021, by counsel for the respondent.

4.  **PETITIONERS' POSITION STATEMENT**, filed on February 5, 2021, by counsel for the petitioners.

**IT IS ORDERED** that the petition for permission to appeal is **GRANTED**. The petitioner shall pay the required docket fees to the clerk of the district court within fourteen days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

form name: **c7_Order_3J**(form ID: **177**)